**FILED**
OCT 0 9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA   '07 MJ 8839

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Christopher MARRUFO ) | Importation of a Controlled Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about October 5, 2007, within the Southern District of California, defendant Christopher MARRUFO, did knowingly and intentionally import approximately 22.48 kilograms (49.46 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Vincent McDonald, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF October 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

I, Special Agent Vincent McDonald with the U.S. Immigration and Customs Enforcement, declare under penalty of perjury, the following is true and correct:

On October 5, 2007, at approximately 2:15pm, Christopher MARRUFO entered the United States from the Republic of Mexico at the Calexico California West Port of Entry. MARRUFO was the driver and sole occupant of a 2007 GMC Chevrolet Silverado bearing California (CA) license plate number 8C90419. Customs and Border Protection Officers searched the vehicle MARRUFO was driving and discovered five packages containing a green leafy substance. The substance was discovered concealed within a cement pot stationed on the bed of the vehicle. A sample from one of the packages was obtained and it field-tested positive for marijuana, a Schedule I Controlled Substance. Further inspection of the bed of the vehicle uncovered two additional packages containing a green leafy substance. These packages were concealed inside a bench made of cement stationed on the bed of the vehicle. A sample from one of the packages was obtained and it field-tested positive for marijuana, a Schedule I Controlled Substance. The combined weight of the seven packages was 22.48 kilograms (49.46 pounds) of marijuana.

MARRUFO was advised of his Constitutional rights according to Miranda, which he acknowledged and waived agreeing to be interviewed. MARRUFO claimed to be the owner of the 2007 GMC Chevrolet Silverado. MARRUFO admitted knowing that the vehicle contained marijuana. MARRUFO stated he was to be paid $2000 to drive the vehicle into the U.S. from Mexico. Upon crossing the Calexico border to the U.S., MARRUFO added he was instructed to drive to the "Spotlight 29 Casino" in Indio, CA and contact a subject named "El Gringo" by cellular telephone. MARRUFO stated that he needed money because he could not afford to make the payments for the 2007 GMC Chevrolet Silverado.

Executed on October 5, 2007 at 9:40pm.

_____
Vincent McDonald, Special Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on October 5, 2007, in violation of Title 21, United States Code, Sections 952 and 960.

_____
United States Magistrate Judge

10/6/07 - 631pm
Date/Time