**FILED**
NOV 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR2929-WQH |
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| CHRISTOPHER MARRUFO, | |
| Defendant. | |

The United States Attorney charges:

On or about October 5, 2007, within the Southern District of California, defendant CHRISTOPHER MARRUFO, did knowingly and intentionally import approximately 22.48 kilograms (approximately 49.46 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 11/13/07  .

KAREN P. HEWITT
United States Attorney

*signature* for

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:jam:Imperial
10/29/07